PD-1634-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/29/2015 3:35:11 PM
Accepted 4/29/2015 3:41:59 PM
ABEL ACOSTA
CLERK

PD-1634-14

IN THE COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

AARRON MOORE

VS.

THE STATE OF TEXAS,

*On Appeal*
*from the County Court at Law No. 2*
*of Fort Bend County Texas*

*On Discretionary Review*
*from the First Court of Appeals*
*at Houston Texas*

APPEARANCE OF COUNSEL

*TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:*

**CARMEN M. ROE** hereby enters her appearance as Counsel for **AARRON MOORE.**

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

_____

**CARMEN ROE**
TBA: 24048773
440 LOUISIANA, SUITE 900
HOUSTON, TEXAS 77002
713.236.7755
713.236.7756 FAX
CARMEN@CARMENROE.COM
**ATTORNEY FOR AARON MOORE**

## CERTIFICATE OF SERVICE

Pursuant to TEX.R.APP.P. 9.5(d), a copy of this document was served on Fort Bend County District Attorney, Appellate Division; 301 Jackson, Richmond, Texas 77469 and Lisa McMinn, State Prosecuting Attorney, Austin, Texas by electronic filing on this the 29th day of April 2015.

*/s/ Carmen Roe*

_____

**CARMEN ROE**